**Attachment to Civil Cover Sheet**

I.	(a)	Defendants:

OLIN CORPORATION; K.A. STEEL CHEMICALS, INC.; OCCIDENTAL PETROLEUM CORPORATION; OCCIDENTAL CHEMICAL CORPORATION (D/B/A OXYCHEM); WESTLAKE CHEMICAL CORPORATION; SHIN-ETSU CHEMICAL CO. LTD.; SHINTECH INCORPORATED; FORMOSA PLASTICS CORPORATION; FORMOSA PLASTICS CORPORATION, U.S.A.


I.	(c)	Attorneys for Plaintiff:

RUPP BAASE PFALZGRAF CUNNINGHAM LLC
Marco Cercone, Esq.
R. Anthony Rupp III, Esq.
Arthur N. Bailey, Esq.
1600 Liberty Building
424 Main Street
Buffalo, NY 14202
Telephone:	(716) 854-3400
Facsimile:	(716) 332-0336
Email:		cercone@ruppbaase.com
Email:		rupp@ruppbaase.com
Email:		bailey@ruppbaase.com


GRABAR LAW OFFICE
Joshua H. Grabar, Esq.
1735 Market Street
Suite 3750
Philadelphia, PA 19103
Tel: 267-507-6085
Fax: 267-507-6048
Email: jgrabar@grabarlaw.com

KOHN, SWIFT & GRAF, P.C.
Joseph C. Kohn
Robert J. LaRocca
William E. Hoese
Douglas A. Abrahams
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 238-1700
Email: jkohn@kohnswift.com
Email: rlarocca@kohnswift.com
Email: whoese@kohnswift.com
Email: abrahams@kohnswift.com